# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEROME K. KING, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:18-0015 |
| v. | : |
| | : (Judge Mannion) |
| DAVID J. EBBERT | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 14, 2019**
18-0015-01-ORDER